**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| **Randy Santos** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action No. 1:14-cv-1651** |
| | ) |
| **The Abacus Group, P.C.** | ) |
| **d/b/a MillerMusmar CPAs** | )   **JURY TRIAL DEMANDED** |
| | ) |
|     **Defendant.** | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties herein stipulate to a dismissal with prejudice of all claims in this litigation with each party to bear its own attorneys' fees and costs.


Counsel for Plaintiff                                Counsel for Defendant

/s/Michael C. Whitticar                     /s/O'Kelly E. McWilliams, III
Michael C. Whitticar, Esq.                O'Kelly E. McWilliams, III, Esq.
VSB #32968                                       (VSB# 36137)
NOVA IP Law, PLLC                       Julia K. Whitelock, Esq. (VSB# 79328)
7001 Heritage Village Plaza              Gordon & Rees, LLP
Suite 205                                           1300 I Street, NW, Suite 825
Gainesville, Virginia 20155               Washington, DC 20005
*Counsel for Plaintiff*                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25th, 2015, I filed the *Stipulation of Dismissal with Prejudice* and this *Certificate of Service* with the Clerk of the Court using the United States District Court CM/ECF System and that a copy of said documents will be provided to the following counsel of record via the CM/ECF system:

O'Kelly E. McWilliams, III, Esq. (VSB# 36137)
Julia K. Whitelock, Esq. (VSB# 79328)
Gordon & Rees, LLP
1300 I Street, NW, Suite 825
Washington, DC 20005
*Counsel for Defendant*

    /s/ Michael C. Whitticar_____
        Michael C. Whitticar